```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28921
   MYRA MATTHEWS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9863


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/27/2008 and was not confirmed.

     The case was dismissed without confirmation 02/02/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
PRA RECEIVABLES MGMT       UNSECURED           2865.40          .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED          .00           .00
PRA RECEIVABLES MGMT       UNSECURED            885.76          .00           .00
CHASE AUTO FINANCE         UNSECURED         NOT FILED          .00           .00
EQUIFAX                    NOTICE ONLY       NOT FILED          .00           .00
HSBC BANK                  UNSECURED         NOT FILED          .00           .00
MRSI                       UNSECURED         NOT FILED          .00           .00
THD/CBSD                   UNSECURED         NOT FILED          .00           .00
TOYOTA MOTOR CREDIT        UNSECURED         NOT FILED          .00           .00
TRANS UNION CREDIT INFO    NOTICE ONLY       NOT FILED          .00           .00
TRW CONSUMER ASSISTANCE    NOTICE ONLY       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED            268.15          .00           .00
CITY OF CHICAGO WATER DE   SECURED NOT I     NOT FILED          .00           .00
CITY OF CHICAGO WATER DE   UNSECURED         NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I     NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED         NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00           .00
COUNTRYWIDE HOME LOANS     UNSECURED         NOT FILED          .00           .00
GREENPOINT MORTGAGE        CURRENT MORTG          .00           .00           .00
GREENPOINT MORTGAGE        MORTGAGE NOTI    NOT FILED           .00           .00
GREENPOINT                 MORTGAGE NOTI    NOT FILED           .00           .00
GREENPOINT CREDIT          CURRENT MORTG          .00           .00           .00
GREENPOINT                 MORTGAGE NOTI    NOT FILED           .00           .00
GREENPOINT MORTGAGE        MORTGAGE NOTI    NOT FILED           .00           .00
GREENPOINT MORTGAGE        MORTGAGE ARRE      21759.07          .00           .00
GREENPOINT                 MORTGAGE NOTI    NOT FILED           .00           .00
GREENPOINT MORTGAGE        MORTGAGE NOTI    NOT FILED           .00           .00
JP MORGAN CHASE BANK NA    SECURED NOT I       5078.72          .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY         500.00                         .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 28921 MYRA MATTHEWS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                                  .00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                                 ---------------  ---------------
TOTALS                                                   .00            .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 08 B 28921 MYRA MATTHEWS